No. 77–801. FOWLER v. MARYLAND STATE BOARD OF LAW EXAMINERS. Appeal from Ct. App. Md. dismissed for want of substantial federal question.

No. A–531 (77–878). KEEFER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Reapplication for stay, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. D–68. IN RE DISBARMENT OF HONOROFF. Disbarment entered. [For earlier order, see 429 U. S. 935.]

No. D–115. IN RE DISBARMENT OF MCCARRON. Disbarment entered. [For earlier order, see ante, p. 885.]

No. D–116. IN RE DISBARMENT OF BUTLER. Disbarment entered. [For earlier order, see ante, p. 885.]

No. D–118. IN RE DISBARMENT OF RUTTENBERG. Disbarment entered. [For earlier order, see ante, p. 885.]

No. D–119. IN RE DISBARMENT OF SUGAR. Disbarment entered. [For earlier order, see ante, p. 900.]

No. D–121. IN RE DISBARMENT OF SKONTOS. Disbarment entered. [For earlier order, see ante, p. 937.]

No. 76–1621. MCADAMS, EXECUTOR, ET AL. v. MCSURELY ET UX. C. A. D. C. Cir. [Certiorari granted sub nom. McClellan v. McSurely, ante, p. 888.] Motion to substitute Herbert H. McAdams III, as Executor of Estate of John L. McClellan, in place of John L. McClellan, deceased, as a party petitioner granted.

No. 77–52. UNITED STATES v. FORD. C. A. 2d Cir. [Certiorari granted, ante, p. 816.] Motion of Phylis Skloot Bamberger to permit David J. Gottlieb, Esquire, to present oral argument pro hac vice granted.